**FILED**
December 19, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-0420-LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JASON ALAN ORDONEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JASON ALAN ORDONEZ, Case No. CR.S-06-0420-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $100,000.00

   ___   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   _X_   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

_X_   (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 19, 2006 at 2:55 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge