```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>              Plaintiff,              )<br>                                      )<br>                                      )<br>CHRISTIAN MICHAEL GAMBOA, and         )<br>JASON ALAN ORDONEZ,                   )<br>                                      )<br>              Defendants.             )<br>_____) | CR. NO. S-06-420 LKK<br><br>SUMMARY ORDER |

This case came before the court for a status conference on December 19, 2006.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  Defendant Christian Michael Gamboa appeared in custody, and was represented by Attorney John Rodriguez.  Defendant Jason Alan Ordonez appeared in custody, and was represented by Attorney Nancy Yamini, who was standing in for Attorney John Feiner.

The court first addressed the issue regarding Mr. Feiner's representation of defendant Ordonez.  The court noted that it had received a letter from the State Bar of California indicating that Mr. Feiner would not be able to represent defendant Ordonez.  Ms. Yamini stated that as defendant Ordonez had retained Mr. Feiner's

1

1 law office, as opposed to Crime Attorneys, Mr. Feiner would be
2 able to represent defendant Ordonez in this case.
3 After further discussion, the court ordered that Mr. Feiner
4 personally appear at a status conference on January 3, 2007.  As
5 Assistant Federal Defender Caro Marks was present, the court
6 instructed the Office of the Federal Defender to look into this
7 matter regarding Mr. Feiner's ability to represent defendant
8 Ordonez, and also to have a representative present at the January
9 3rd status conference.
10 Mr. Rodriguez, on behalf of defendant Gamboa, then informed
11 the court that he was involved in negotiations with the government
12 in an effort to settle his client's case, and requested that his
13 matter be continued to January 17, 2007, for a status
14 conference/change of plea hearing.  Both parties agreed that time
15 should be excluded through January 17, 2007, from computation
16 under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
17 3161(h)(8)(B)(iv)) in order to afford defendant Gamboa reasonable
18 time to prepare his case.
19 ACCORDINGLY: Regarding defendant Ordonez, this matter is set
20 for a status conference on January 3, 2007.  Attorney John Feiner
21 is ordered to personally appear at this status conference.  And,
22 the Federal Defender is directed to have a representative appear
23 at this status conference, after first investigating the issue of
24 Mr. Feiner's ability to represent the defendant.
25 Regarding defendant Gamboa, this matter is set for a status
26 conference/change of plea hearing on January 17, 2007.  Pursuant
27 to the agreement of both parties, time is excluded through
28 January 17, 2007, from computation under the Speedy Trial Act

1 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
2 | to afford defendant Gamboa reasonable time to prepare his case.
3 |
4 |     IT IS SO ORDERED.
5 |
6 | DATED: December 21, 2006
7 |
8 |                        _____
  |                        LAWRENCE K. KARLTON
9 |                        SENIOR JUDGE
  |                        UNITED STATES DISTRICT COURT

3