McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-420 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| JASON ALAN ORDONEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case came before the court for a status conference on January 9, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. Defendant Jason Alan Ordonez appeared out of custody.  Assistant Federal Defender Caro Marks also appeared at the request of the court.

Ms. Marks informed the court that Attorney John Feiner has been relieved as attorney of record for defendant Ordonez.  Ms. Marks further informed the court that Mr. Feiner anticipated being able to represent defendant Ordonez after January 30, 2007.  Mr. Feiner's anticipated availability after January 30th was confirmed by local attorney Roger Jaffe.

///

1      Ms. Marks requested that a status conference be calendared

2 for February 6, 2007. Both parties agreed that time should be

3 excluded through February 6, 2007, from computation under the

4 Speedy Trial Act pursuant to local code T4 (18 U.S.C. §

5 3161(h)(8)(B)(iv)) in order to afford defendant Ordonez reasonable

6 time to prepare his case.

7      ACCORDINGLY: This matter is set for a status conference on

8 February 6, 2007. Pursuant to the agreement of both parties, time

9 is excluded through February 6, 2007, from computation under the

10 Speedy Trial Act pursuant to local code T4 (18 U.S.C. §

11 3161(h)(8)(B)(iv)) in order to afford defendant Ordonez reasonable

12 time to prepare his case.

13      IT IS SO ORDERED.

14

15 DATED: January 26, 2007

16                            LAWRENCE K. KARLTON

                                SENIOR JUDGE

17                            UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28