```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  CR. NO. S-06-420 LKK
                                    )
12                  Plaintiff,      )
                                    )  SUMMARY ORDER
13                                  )
    JASON ALAN ORDONEZ,             )
14                                  )
                    Defendant.      )
15  _____)
```

16      This case came before the court for a status conference on
17 February 6, 2007.  Plaintiff United States of America was
18 represented by Assistant U.S. Attorney Kenneth J. Melikian.
19 Defendant Jason Alan Ordonez appeared out of custody, represented
20 by Attorney John H. Feiner.

21      The court first inquired of Mr. Feiner as to his ability to
22 represent the defendant in this matter.  Mr. Feiner informed the
23 court that he was able to represent the defendant, and was doing
24 so, as an individual, though he could not do so, and was not doing
25 so, as a member of the firm Crime Attorneys.  The court accepted
26 this explanation.

27      Mr. Feiner requested that a status conference be calendared
28 for February 27, 2007.  As Mr. Feiner had just recently been

1

1  authorized to represent the defendant, both parties agreed that
2  time should be excluded through February 27, 2007, from
3  computation under the Speedy Trial Act pursuant to local code T4
4  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
5  reasonable time to prepare his case.
6      ACCORDINGLY: This matter is set for a status conference on
7  February 27, 2007.  Pursuant to the agreement of both parties,
8  time is excluded through February 27, 2007, from computation under
9  the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
10 § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
11 time to prepare his case.

13     IT IS SO ORDERED.

15 DATED: February 26, 2007

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT